**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 6, 2005

Before

**Hon.** RICHARD D. CUDAHY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Central District of Illinois. |
| **No.** 04-2270      **v.** | |
| CARLOS L. CARPENTER, *Defendant-Appellant*. | No. 02-10009 Joe Billy McDade, *Judge*. |

**Order**

Our decision of May 6, 2005, affirmed Carpenter's conviction while reserving final disposition of the sentence. On a limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district judge stated that he would have imposed a lower sentence had he realized that he possesses additional discretion. Both sides have filed memoranda asking us to remand for resentencing. Accordingly, as the parties have agreed, the sentence is vacated and the case is remanded for resentencing.